# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BRUCE HARRISON BIRCH,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72758 **FILED**<br><br>JUN 19 2017<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |
| BRUCE HARRISON BIRCH,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72759 |
| BRUCE HARRISON BIRCH,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72760 |

## *ORDER DISMISSING APPEALS*

These are pro se notices of appeal from district court orders denying a "request for release of jurisdiction or recusal." Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Because no statute or court rule permits an appeal from a district court order denying a "request for release of jurisdiction or recusal," we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-20217

cc: Hon. Patrick Flanagan, District Judge
Bruce Harrison Birch
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk